IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 11-20276 |
| vs. ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| LORETTA MOORE, ) | |
| a/k/a "LYNN KELLY," ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

On or about March 17, 2011, in the Western District of Tennessee, the defendant,

------------------------------------------LORETTA MOORE----------------------------------------
------------------------------------------------ a/k/a -------------------------------------------
-------------------------------------------- LYNN KELLY--------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

DATE: November 15, 2011

_____
EDWARD L. STANTON, III
UNITED STATES ATTORNEY

S/Jury Foreperson