

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Criminal No. 11-20276 |
| vs. | )<br>) 21 U.S.C. § 841(a)(1) |
| LORETTA MOORE,<br>a/k/a "LYNN KELLY," | )<br>)<br>) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about March 17, 2011, in the Western District of Tennessee, the defendant,

---------------------------------------------LORETTA MOORE---------------------------------------------
-------------------------------------------------- a/k/a --------------------------------------------------
--------------------------------------------- LYNN KELLY---------------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

> [nlt 5 years imprisonment and nmt 40 years imprisonment; nmt a $5,000,000 fine, or both; nlt a 4 year period of supervised release and a special assessment of $100; but if a defendant commits such a violation after a prior conviction for felony drug offense, then nlt 10 years imprisonment and nmt life imprisonment; nmt $8,000,000 fine, or both; nlt a 8 year period of supervised release and a special assessment of $100, see 18 U.S.C. § 3013(a)]

A TRUE BILL

DATE: _____        _____
                                     FOREPERSON

_____
EDWARD L. STANTON, III
UNITED STATES ATTORNEY